

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,190

### EX PARTE JAVIER DIAZ-GOMEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 199-81407-04 IN THE 199TH DISTRICT COURT
### FROM COLLIN COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault and indecency with a child and sentenced to imprisonment for twenty and ten years, respectively.

Applicant contends that his counsel rendered ineffective assistance because he failed to file a notice of appeal. The trial court determined that trial counsel failed to file a notice of appeal. We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time appeal of the

judgments of conviction in Cause No. 199-81407-04 from the 199th Judicial District Court of Collin County. Applicant is ordered returned to that time at which he may give a written notice of appeal so that he may then, with the aid of counsel, obtain a meaningful appeal. All time limits shall be calculated as if the sentences had been imposed on the date on which the mandate of this Court issues. We hold that, should Applicant desire to prosecute an appeal, he must take affirmative steps to file a written notice of appeal in the trial court within 30 days after the mandate of this Court issues.

Delivered: August 19, 2009
Do Not Publish